## IN RE: Rodney W. WHITNEY, Petitioner.

### No. 16–1279

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2016

Decided: June 23, 2016

Rodney W. Whitney, Petitioner Pro Se.

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney W. Whitney petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED